# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-603-FDW-DCK   *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* B. VITTAL SHENOY, M.D., | )<br>)<br>) |
| Plaintiffs, | )  **ORDER** |
| v. | )<br>) |
| CAROLINA UROLOGY PARTNERS, PLLC, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "The United States' Notice Of Election To Decline Intervention And Motion To Unseal Complaint" (Document No. 24) filed January 21, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "The United States' Notice Of Election To Decline Intervention And Motion To Unseal Complaint" (Document No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The "Complaint" (Document No. 2), "The United States' Notice Of Election To Decline Intervention And Motion To Unseal Complaint" (Document No. 24), and this Order, shall be UNSEALED;

2. If Relator elects to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3), Relator shall serve the Complaint on Defendants within ninety (90) days of this Order;

3. All other current contents of the Court's file in this action remain under SEAL and are not to be made public or served upon the Defendants, except for the Complaint, the United States' Notice of Election to Decline Intervention, and this Order, which the Relator will serve upon the Defendants only after service of the Complaint;

4. The seal be lifted as to all other matters occurring in this action *after* the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All Orders of this Court shall be sent to the United States; and

8. Should the Relator and/or Defendants propose that this action be dismissed, settled, or otherwise discontinued, they shall solicit the written consent of the United States and shall file a Notice of such consent, or the lack thereof, with the Court.

**SO ORDERED**.

Signed: January 22, 2025

David C. Keesler
United States Magistrate Judge